PD-0174-15

PD-0174-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/12/2015 2:04:12 PM
Accepted 2/13/2015 8:48:49 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS

PD-_____

| | | |
|---|---|---|
| **CHARLES HENRY JONES,** *Appellant* | § § § | On Petition for Review of No. 01-13-00984-CR |
| v. | § § | Court of Appeals First District of Texas |
| **THE STATE OF TEXAS** *Appellee* | § | |

## PETITIONER/APPELLANT'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Petitioner/Appellant Charles Henry Jones, moves for an extension of time to file his petition for discretionary review, under TEX. R. APP. P. 10.5(b).

### I. LOWER COURT PROCEEDINGS

Judgment in this case was entered on October 29, 2013. The court of appeals affirmed on January 13, 2015. No motion for rehearing was filed.

### II. PROCEEDINGS IN THIS COURT

Mr. Jones's petition is due on February 12, 2015. No previous extensions have been requested.

### III. REASONS FOR REQUEST

In the last 30 days, counsel has missed nearly a week of work with the flu. Further, counsel provided legal research and argument in a murder trial in Harris County District Court. Counsel also has been working to complete a brief in the case

of *Reginald Turon Hill v. State*, Cause No. 14-14-00376-CR, which has no further extensions and is subject to abatement, as well as briefs in the cases of *In re M.I.S.*, Cause No. 01-14-00684-CV, and *Nomathemba Y. Sitawisha v. State*, Cause No. 01-14-00848-CR, each of which has had its deadline extended. Finally, counsel is working to complete a petition for discretionary review in the case of *Michael Jermaine Williams v. State*, Cause No. PD-0096-15, which has received one extension with the admonition that no further extensions would be entertained.

### III. FILING OF MOTION

In the exercise of due diligence, counsel could not complete Mr. Jones's petition by the deadline. This motion is not filed for purposes of delay, but so justice may be done.

### PRAYER

Mr. Jones respectfully requests that this motion be granted and that the Court permit an extension of time until March 12, 2015, to file his petition for discretionary review.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas


*/s/ Cheri Duncan*

_____
**CHERI DUNCAN**

Assistant Public Defender
Harris County Texas
State Bar No. 06210500
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Petitioner/Appellant,
**CHARLES HENRY JONES**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Petition was served on the State of Texas by electronic delivery to the Appellate Division of the Harris County District Attorney's Office and the State Prosecuting Attorney, February 12, 2015.

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**